IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY B. HARRELL,               )
          Plaintiff,              )
                       )    **C.A. No. 24-63 Erie**
      v.                        )
                       )    **District Judge Susan Paradise Baxter**
LAUREL HARRY, et al.,             )    **Magistrate Judge Kezia O.L. Taylor**
          Defendants.             )

## MEMORANDUM ORDER

Plaintiff Anthony B. Harrell, an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania, commenced this *pro se* civil rights action on February 26, 2024, by lodging a complaint in the United States District Court for the Eastern District of Pennsylvania. The case was subsequently transferred to this Court at Plaintiff's request on February 29, 2024, and the matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Plaintiff filed a motion to proceed *in forma pauperis* ("ifp motion") on May 20, 2024 [ECF No. 8]. On October 25, 2024, this case was reassigned from Chief Magistrate Judge Lanzillo to United States Magistrate Judge Kezia O.L. Taylor, as referral judge. On the same date, Judge Taylor issued an Order granting Plaintiff's ifp motion [ECF No. 12], and Plaintiff's complaint was docketed at such time [ECF No. 13]. Plaintiff subsequently filed an amended complaint on April 15, 2025, which is the operative pleading in this case. [ECF No. 25].

Named as Defendants in the amended complaint are Laurel Harry ("Harry"), Secretary of the Department of Corrections ("DOC"); Dorina Varner, Secretary of Inmate Grievances and

Appeals ("Varner"); SCI-Forest Superintendent Randy Irwin ("Irwin"); SCI-Forest Grievance Coordinators Lisa Reeher ("Reeher") and T. Biel ("Biel"); SCI-Forest Corrections Officers Lt. Walker ("Walker"), Lt. Bogardus ("Bogardus"), Sgt. Kemp ("Kemp"), Sgt, Lesko ("Lesko"), Sgt. Spencer ("Spencer"), Lt. Fiedor ("Fiedor"), CO1 Peterson ("Peterson"), and two unnamed John Doe corrections officers, as well as a contract medical professional, CRNP Snyder ("Snyder"). For convenience, all Defendants other than Defendant Snyder are hereafter referred to collectively as "DOC Defendants."

In his amended complaint, Plaintiff asserts a number of purported federal claims pursuant to 42 U.S.C. §§ 1983, 1985, 1986, and 1988, as well as several state law claims, against the DOC Defendants, and also appears to assert a First Amendment retaliation claim, an Eighth Amendment deliberate indifference claim, a Fourteenth Amendment due process claim, and a state law negligence claim against Defendant Snyder.

On June 26, 2025 and June 30, 2025, respectively, Defendant Snyder and the DOC Defendants filed motions to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief my be granted [ECF No. 40, 42]. Both motions were fully briefed by the parties.

On January 30, 2026, Magistrate Judge Taylor issued a Report and Recommendation ("R&R") [ECF No. 65], recommending that (1) the DOC Defendants' motion be granted, such that all federal claims against them should be dismissed with prejudice and the Court should decline to exercise supplemental jurisdiction over the negligence claims asserted against them and that such claims should be dismissed without prejudice, and (2) Defendant Snyder's motion be granted, such that Plaintiff's Eighth Amendment deliberate indifference claim and negligence

claim against Defendant Snyder should be dismissed without prejudice and with leave to amend such claims within 30 days, and that all other claims against Defendant Snyder be dismissed with prejudice. In addition, Judge Taylor recommends that Defendant Snyder's motion to dismiss "for failure to opt out" [ECF No. 60] be denied as moot.

Objections to the R&R were due to be filed by April 20, 2026, after two extensions were granted by the Court [ECF Nos. 67, 69]; however, no timely objections have been received by the Court.

Thus, after *de novo* review of the relevant documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 24th day of April, 2026;

IT IS HEREBY ORDERED that the DOC Defendants' motion to dismiss [ECF No. 42] is GRANTED as to all of Plaintiff's federal claims against the DOC Defendants, and such claims are DISMISSED with prejudice. Because no federal claims remain against the DOC Defendants, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims against said Defendants and all such claims are DISMISSED without prejudice.

IT IS FURTHER ORDERED that Defendant Snyder's motion to dismiss [ECF No. 40] is GRANTED, as follows:

1. Plaintiff's Eighth Amendment deliberate indifference claim and state law negligence claim against Defendant Snyder are DISMISSED, without prejudice to Plaintiff's right to file an amended complaint within thirty (30) days of the date of this Order for the sole purpose of amending his Eighth Amendment claim and reasserting his negligence claim against Defendant Snyder. In the event Plaintiff fails to file an amended complaint within such time, the dismissal of Plaintiff's Eighth Amendment and negligence claims against Defendant Snyder will be converted to a dismissal with prejudice without further notice.

2.  All claims other than Plaintiff's Eighth Amendment and negligence claims against Defendant Snyder are DISMISSED with prejudice and without leave to amend.

IT IS FURTHER ORDERED that, by virtue of the foregoing, Defendant Snyder's motion to dismiss "for failure to opt out" [ECF No. 60] is DENIED as moot.

The report and recommendation of Magistrate Judge Taylor, issued January 30, 2026 [ECF No. 65], is adopted as the opinion of the court.

As a result of the foregoing, the Clerk is directed to terminate all Defendants other than Defendant Snyder from this case.

SUSAN PARADISE BAXTER
United States District Judge

cc:  The Honorable Kezia O.L. Taylor
United States Magistrate Judge